UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO ACOSTA, SEBASTIAN CANALES,
RODRIGO ALVARADO, and CONCEPCION
UMANA

                Plaintiffs,

- against -

GALLOWITSCH ENTERPRISES, LTD.
d/b/a SKIPPERS PUB, PAUL GALLOWITSCH,
MARIE GALLOWITSCH, and
SUZANNE GRAVES,

                Defendants.
------------------------------------------------------------X

13 CV 02675 (LDW) (ARL)

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that plaintiffs, Rodrigo Alvarado's and Sebastian Canales' claims against the defendants are hereby dismissed with prejudice and without any costs, fees, or disbursements assessed against any party.

Dated: Westbury, New York

      July 18, 2014

Neil H. Greenberg & Associates, P.C.
By: _____
     Justin M. Reilly, Esq.
     Attorneys for the Plaintiffs
     900 Merchants Concourse, Suite 314
     Westbury, New York 11590
     (516) 228-5100

Kaufman Dolowich Voluck, LLP
_____
Jeffrey Meyer, Esq.
Attorneys for the Defendants
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

SO ORDERED:

                              _____
                                    U.S.D.J.