UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELO ACOSTA, SEBASTIAN CANALES,     13 CV 02675 (LDW) (ARL)
RODRIGO ALVARADO, and CONCEPCION
UMANA

               Plaintiffs,     STIPULATION OF
                                                                      DISMISSAL

- against -

GALLOWITSCH ENTERPRISES, LTD.
d/b/a SKIPPERS PUB, PAUL GALLOWITSCH,
MARIE GALLOWITSCH, and
SUZANNE GRAVES,

               Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUL 23 2014 ★
LONG ISLAND OFFICE

        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that plaintiffs, Rodrigo Alvarado's and Sebastian Canales' claims against the defendants are hereby dismissed with prejudice and without any costs, fees, or disbursements assessed against any party.

Dated: Westbury, New York

        July 18, 2014

Neil H. Greenberg & Associates, P.C.           Kaufman Dolowich Voluck, LLP
By: _____           _____
      Justin M. Reilly, Esq.                                Jeffrey Meyer, Esq.
      Attorneys for the Plaintiffs                      Attorneys for the Defendants
      900 Merchants Concourse, Suite 314         135 Crossways Park Drive, Suite 201
      Westbury, New York 11590                    Woodbury, New York 11797
      (516) 228-5100

SO ORDERED:

                s/ Leonard D. Wexler
                _____
                      U.S.D.J.
                CENTRAL ISLIP, NY
                   7/23/14